

Japan Shipping Services Co., Ltd.

13 May 2020

# SHIP VALUATION

Ordered by     **Messrs. Osaka Fleet Co., Ltd.**

To whom it may concern,

### Valuation of M/V Atlantic Venus

| | | | |
|---|---|---|---|
| **Vessel's Name** | Atlantic Venus | **Type** | Bulk Carrier |
| **Built Year** | 2012/08 | **Built Yard** | Fukuoka Shipbuilding, Nagasaki, Japan |
| **IMO Number** | 9628257 | **Deadweight** | 33,677 |

We as shipbrokers, evaluate the above vessel's price to be at:

### US$ 9,500,000.-

(US Dollars Nine Millions and Five Hundred Thousand only)

This price evaluation is given to the best of our knowledge, on the basis of willing Buyers and willing Sellers, with fairly prompt delivery in a region acceptable to both Buyers and Sellers, in a fairly good condition, wear and tear excepted, free of any charter-party and/or commitment of any kind.

This evaluation is based on present market conditions, taking also into account the particularities of this type of vessel.

This evaluation is given in good faith. However neither the Company, nor its employees shall be liable in anyways for any error and/or omissions and/or decisions made based on this evaluation.

*Mikio Harigae*
Director

Japan Shipping Services Co., Ltd.
7F., Shinbashi 2-Chome MT Bldg., 2-5-5, Shinbashi, Minato-ku, Tokyo, 105-0004 Japan
Tel: +81 3 3580 7733 | Fax +81 3 3580 7737 | info@jship.co.jp

EXHIBIT "A"