# MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS
A PROFESSIONAL LAW CORPORATION

ROBERT H. MURPHY
PETER B. SLOSS
GARY J. GAMBEL
PETER B. TOMPKINS
CHARLES L. WHITED, JR.
JOHN H. MUSSER, V
RONALD J. WHITE
TIMOTHY D. DePAULA
JEFFREY A. RAINES
DONALD R. WING
TARRYN E. WALSH

HANCOCK WHITNEY CENTER
701 POYDRAS STREET
SUITE 400
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 523-0400
FACSIMILE (504) 523-5574

200 WEST THOMAS STREET
HAMMOND, LOUISIANA 70401
TELEPHONE (985) 340-2007
FACSIMILE (985) 340-2005
EMAIL FIRM@MRSNOLA.COM
WWW.MRSNOLA.COM

14 May 2020

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA

RE: IN THE MATTER OF GOLDEN HELM SHIPPING CO. S.A.,
AS OWNER, AND OSAKA FLEET CO., LTD., AS MANAGER,
OF THE M/V ATLANTIC VENUS
PETITIONING FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damage as a result of the M/V Nomadic Milde's allision with the M/V Atlantic Venus at the Kenner Bend Anchorage on 8 May 2020 and the M/V Nomadic Milde's subsequent allison with the Cornerstone Chemical Facility near Mile 114.5 AHP on the lower Mississippi River, and as a result have filed or may cause to be filed actions against the M/V Atlantic Venus and/or the Limitation Petitioners under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the aforementioned incident.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §30501 *et seq.*, Limitation Petitioners and The Japan Ship Owners' Mutual Protection & Indemnity Association (hereinafter referred to as "Japan P&I") hereby agree to the following:

1. Limitation Petitioners and Japan P&I, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claim, herewith file with this Court this undertaking in the sum and amount of NINE MILLION TWO HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED EIGHTY-FOUR AND NO/100 ($9,287,584.00) UNITED STATES DOLLARS, with interest thereon at six percent (6%) per annum for the benefit of claimants.

EXHIBIT "B"

14 May 2020
Page 2

2.    Limitation Petitioners and Japan P&I hereby undertake jointly, severally and *in solido*, in the sum of NINE MILLION TWO HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED EIGHTY-FOUR AND NO/100 ($9,287,584.00), with interest thereon at the rate of six percent (6%) per annum from the date hereof, that Limitation Petitioners and Japan P&I will abide by the further orders of the court and pay into the Court Registry whenever the Court shall order, a sum equal to the amount or value of Limitation Petitioners' interest in said vessel and pending freights/charter hire, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

3.    Upon demand and upon order of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of NINE MILLION TWO HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED EIGHTY-FOUR AND NO/100 ($9,287,584.00), with interest thereon at six percent (6%) per annum. In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

It is understood and agreed that the execution of this letter by Murphy, Rogers, Sloss, Gambel & Tompkins, on behalf of the undersigned, The Japan Ship Owners' Mutual Protection & Indemnity Association, shall not be construed as binding upon the firm or any of its officers or employees, but is binding only upon the undersigned Japan Ship Owners' Mutual Protection & Indemnity Association.

Yours very truly,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

For and On Behalf of
THE JAPAN SHIP OWNERS' MUTUAL
PROTECTION & INDEMNITY ASSOCIATION

BY: *Robert H. Murphy* (signature)
Robert H. Murphy
(As attorney-in-fact for the above listed purpose only, pursuant to authorization received by email from The Japan Ship Owners' Mutual Protection & Indemnity Association on 14 May 2020)

EXHIBIT "B"