UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF GOLDEN HELM SHIPPING CO. S.A., AS OWNER, AND OSAKA FLEET CO., LTD., AS MANAGER, OF THE M/V ATLANTIC VENUS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION NO. 20-1453 SECTION JUDGE |
| * * * * * * * * | | MAG. |

## LIST OF SUITS FILED

Limitation Petitioners, Golden Helm Shipping Co. S.A., as owner, and Osaka Fleet Co. Ltd., as manager, of the M/V ATLANTIC VENUS, are aware of one suit that is pending as a result of the incident that occurred on 8 May 2020 when the M/V NOMADIC MILDE allided with the M/V ATLANTIC VENUS at the Kenner Bend Anchorage, approximately Mile 114.8 AHP on the lower Mississippi River, and the M/V NOMADIC MILDE subsequently allided with the Cornerstone Chemical facility, approximately Mile 114.5 AHP on the lower Mississippi River:

> *Cornerstone Chemical Company v.*  United States District Court
> *M/V NOMADIC MILDE, et al*         Eastern District of Louisiana
>                                    Civil Action No. 2:20-cv-1411

1

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ Robert H. Murphy*
_____
Robert H. Murphy, T.A. (#9850)
rmurphy@mrsnola.com
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Fax:  (504) 523-5574
*Attorneys for Petitioners, Golden Helm Shipping Co. S.A. and Osaka Fleet Co. Ltd.*

4841-9659-2572, v. 1