UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF GOLDEN HELM SHIPPING CO. S.A., AS OWNER, AND OSAKA FLEET CO., LTD., AS MANAGER, OF THE M/V ATLANTIC VENUS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION<br><br>NO. 20-1453<br><br>SECTION<br><br>JUDGE |
| * * * * * * * * | | MAG. |

## LOCAL RULE 3.1 NOTICE

Limitation Petitioners, Golden Helm Shipping Co. S.A., as owner, and Osaka Fleet Co. Ltd., as manager, of the M/V ATLANTIC VENUS (hereinafter "Petitioners"), hereby advise the Court, pursuant to Local Rule 3.1 for the United States District Court for the Eastern District of Louisiana, that the Verified Complaint commenced in this Court on behalf of Petitioners involves subject matter that comprises all or a material part of the subject matter or operative facts of the following, previously filed civil action:

| | |
|---|---|
| "Cornerstone Chemical Company v. M/V NOMADIC MILDE, et al IMO No. 9463554, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; M/V ATLANTIC VENUS, IMO No. 9628257, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; and Crescent Towing & Salvage, Inc., *in personam*" | United States District Court Eastern District of Louisiana Civil Action No. 2:20-cv-1411 |

The listed case involves a claim for alleged dock damage arising out of the incident that is the subject of this Verified Complaint.

1

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ Robert H. Murphy*

_____
Robert H. Murphy, T.A. (#9850)
rmurphy@mrsnola.com
Peter B. Tompkins (#17832)
ptomkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Fax:  (504) 523-5574
*Attorneys for Petitioners, Golden Helm Shipping Co. S.A. and Osaka Fleet Co. Ltd.*

4816-1100-0764, v. 1