# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: GOLDEN HELM SHIPPING CO. S.A., ET AL. | CIVIL ACTION<br><br>NO. 20-1453<br><br>SECTION "E" (4) |

## ORDER

The above captioned matter is related to similar proceedings previously assigned to Section "L" (1) of this Court, Civil Action 20-1411, "Cornerstone Chemical Company v. Nomadic Milde M/V, et al."

Accordingly;

**IT IS ORDERED** that this matter be transferred to Section "L" (1) of this court.

**New Orleans, Louisiana, this 15th day of May, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

5/15/20
TRANSFERRED TO
**SECT. L  MAG 1**