UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF GOLDEN HELM SHIPPING CO. S.A., AS OWNER, AND OSAKA FLEET CO., LTD., AS MANAGER, OF THE M/V ATLANTIC VENUS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION<br><br>NO. 20-1453<br><br>SECTION   "L"<br><br>JUDGE   Eldon E. Fallon |
| *   *   *   *   *   *   *   * | | MAG.    Janis van Meerveld |

### NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Golden Helm Shipping Co. S.A., as owner, and Osaka Fleet Co. Ltd., as manager, of the M/V ATLANTIC VENUS, to submit the following Notice for publication:

**IN THE MATTER OF GOLDEN HELM SHIPPING CO. S.A., AS OWNER, AND OSAKA FLEET CO. LTD., AS MANAGER, OF THE M/V ATLANTIC VENUS PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**CIVIL ACTION NO.**   20-1453

**SECTION**   "L"

Notice is given that the above named Limitation Petitioners have filed a Complaint, pursuant to Sections 30501, *et seq*. of Title 46 of the United States Code (46 U.S.C. App. §30501, *et seq*.), for exoneration from or limitation of liability for all claims for any loss, damage, injury, or deaths caused, occasioned or arising out of the incident occurring on 8 May 2020 when the M/V NOMADIC MILDE allided with the M/V ATLANTIC VENUS at Kenner Bend Anchorage, approximately Mile 114.8 AHP on the lower Mississippi River, and the M/V NOMADIC MILDE subsequently allided

1

with the Cornerstone Chemical facility, approximately Mile 114.5 AHP on the lower Mississippi River, all as more fully set forth in the Complaint.

All persons having such claims must file their respective claims, as provided in Rule F, including paragraphs (4) and (5) thereof, of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Court House, 500 Camp Street, New Orleans, Louisiana, and must serve a copy thereof on attorneys for Limitation Petitioners on or before the __14th_ day of _____June_____, 2020, or be defaulted.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for Limitation Petitioners an answer to the Complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

New Orleans, Louisiana, this __18th_ day of __May____, 2020.

_____
Carol L. Michel, Clerk of Court

2

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ Robert H. Murphy*

_____
Robert H. Murphy, T.A. (#9850)
rmurphy@mrsnola.com
Peter B. Tompkins (#17832)
ptompkins@mrsnola.com
Timothy D. DePaula (#31699)
tdepaula@mrsnola.com
701 Poydras Street
Suite 400, One Shell Square
New Orleans, LA   70139
Telephone:  (504) 523-0400
Fax:  (504) 523-5574
*Attorneys for Petitioners, Golden Helm Shipping Co. S.A. and Osaka Fleet Co. Ltd.*

4810-8972-7420, v. 1