UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNERSTONE CHEMICAL COMPANY** § § § | | **CIVIL ACTION NO. 2:20-CV-1411** |
| V. § § | | **JUDGE ELDON E. FALLON** |
| **M/V NOMADIC MILDE**, IMO No. 9463554, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; **M/V ATLANTIC VENUS**, IMO No. 9628257, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; and, **CRESCENT TOWING & SALVAGE, INC.**, *in personam* § § § § § § § § § | | **MAGISTRATE JUDGE JANIS VAN MEERVELD** <br><br> **ADMIRALTY** |

## ORDER

Considering Cornerstone Chemical Company's *ex parte*/consent motion to consolidate Civil Actions 20-cv-1506 and 20-cv-1453 with this matter;

**IT IS ORDERED** that the following cases are consolidated with this matter for all purposes:

1. *In the Matter of New Nomadic Short Sea Shipping AS,* et al., No. 2:20-cv-01506-EEF-JVM;

2. *In the Matter of Golden Helm Shipping Co. S.A.,* et al., No. 2:20-cv-01453-EEF-JVM.

New Orleans, Louisiana this  2nd  day of June, 2020.

_____
DISTRICT JUDGE ELDON E. FALLON