UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| CORNERSTONE CHEMICAL COMPANY | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 20-1411 |
| NOMADIC MILDE M/V ET AL | * | SECTION "L" (1) <br> <u>REF: ALL CASES</u> |

### REASONABLE TIME DISMISSAL

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if the settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered by the parties.

Counsel are reminded that if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 22nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE